[Nos. 67831-1-I; 67862-1-I.   Division One.   December 23, 2013.]

RUSSELL CLARKE, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

ROBERT BERGESON, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 11-2-00831-9 and 11-2-00692-4, Ira Uhrig and Dave Needy, JJ., entered September 30 and October 3, 2011. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 68067-6-I.   Division One.   December 23, 2013.]

SHANE WATTS ET AL., *Respondents*, v. MARY P. DUNPHY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-07806-1, Dean Scott Lum, J., entered November 23, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 68155-9-I.   Division One.   December 23, 2013.]

*In the Matter of the Estate of* YOLANDA "LANI" SLOUGH.

ROBERT SLOUGH, *Appellant*, v. CHRISTINE CALDERBANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-4-05352-3, Bruce E. Heller, J., entered December 2, 2011. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.